Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _PA_

_Civil_ Division

Case No. 1:19 cv 2036

_(to be filled in by the Clerk's Office)_

_Coif Kevin_

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Demand

-v-

J P Luther, Lisa - heitibaug, C Wakefield
Tivello, Saunderland, Swissher, K grassmyer
B Fisner, C Snope, C. Stombaugh
ellenberger

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

FILED
SCRANTON

NOV 27 2019

PER _____ DEPUTY CLERK

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | *Kevin Coit* |
| All other names by which you have been known: | |
| ID Number | *KX 2601* |
| Current Institution | *Smithfield* |
| Address | *1120 Pike St Box 999* |
| | *Huntingdon*     *PA*     *166 52* |
| | City     State     Zip Code |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *J P Luther* |
| Job or Title (*if known*) | *Superintendent* |
| Shield Number | *unknown* |
| Employer | *John wetzel* |
| Address | *1120 Pike St Box 999* |
| | *Huntingdon*     *PA*     *166 52* |
| | City     State     Zip Code |

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | *L hollibaugh* |
| Job or Title (*if known*) | *grievance Coordinator* |
| Shield Number | *unknown* |
| Employer | *J P Luther* |
| Address | *1120 Pike St Box 999* |
| | *Huntingdon*     *PA*     *166 52* |
| | City     State     Zip Code |

[✓] Individual capacity    [✓] Official capacity

1. on 5·31·18 Plaintiff suffered from one of his many mental disorders see exhibit 1 for further details during this episode plaintiff told two Clo's that Plaintiff wanted to "Kill himself" Plaintiff then showed these two Clo's Cut marks on Plaintiffs arms and requested Medical and Mental health treatment both request went unanswered

2. instead of providing plea Plaintiff with requested help Clo dickson only encouraged My self harm despite Plaintiffs extensive suicide history plaintiff had file several Mental health grievances

3. at 4:30 PM Plaintiff Placed a noose around his Neck and attempted to hang himself leaving a burn Mark around neck see grievance 740549 for further detailes exhibit 2A   no help was provided

4. on 6·16·18 at about 12:00 pm Plaintiff was again feeling suicidal and wanting to "kill himself" Plaintiff began to cut wrist with a Shurpend staple Plaintiff also cut neck plaintiff showed Clo's dell and wasko and Plaintiff requested Medical and Mental health Both Clo's stated Save us the trouble

5. when Plaintiff informed defendants that Plaintiff will file a grievance on the matter defenants stated that would Not be wise and things can only get alot worse

6. on 6·26·18  Plaintiff again was engaged in self-harm Cutting wrist and neck Plaintiff showed defendant ruiz injurious and requested to speak to Pss greene for Mental health treatment but was denied

7. on 2·8·19 Plaintiff received an inmate appeal for Misconduct D181607 where Plaintiff destroyed state property and engaged in self harm despite dc Adm 801 stating inmates who destroy state property and engage in self harm will not be issued a misconduct however SP Luther stated My Cuts does not constitut a serious suicide attemp see grievance exhibit 2A 787146

8. on 2-21-19 Plaintiff Spoke to LPM Swisher about J.P Luther giving subordinates orders that Plaintiff Self injury is not a serious Matter and thus does not require attention LPM Swisher agreed with J.P Luther and Stated nothing will be done

9. on 3-21-19 Plaintiff and another inmate were engaging in self harm when Clo Cantrell Conducted a security round nothing was done to stop plaintiff and other inmate from harming ourselves

10. on 3-22-19 i raised these Concerns to defendant hollibaugh who stated Just leave it Alone Cuit

11. on 5-4-19 at 1:00 PM Plaintiff was Feeling suicidal and expressed these Feelings to Clo williams nothing was done to provide Plaintiff with Mental health treatment

12. on 5-4-19 at approx 1:30 pm when Clo williams did security found i Showed him i was using a Staple to Mutilate Myself Plaintiff was Cutting Wrist From 1:00 PM untill at least 2:15 pm between this Period RN Ralph approached Plaintiff door Seen wounds and Stated You have to go deeper Mr Cait then we will Care

13. at some point between March of 2019 to May of 2019 J.P Luther, deputy Civello, deputy Wakefield, ACPM Garman, Major Sunderland b fisher and LPM Smither held a Meeting addressing Plaintiff Self harm is not Serious and Should not be taking Serious because Plaintiff is only trying to Manipulate Plaintiff Came across this information From Lt Morgan Lt Moore and several Clo's assigned to the Bmu also see Exhibit 3 declarations of other prisoners in Program

14  on 7·28·19 , expressed to C/o Shope that plaintiff was hearing voices telling me to kill myself defendant Shope only encouraged plaintiff to do so Plaintiff was left inside of cell for hours cutting wrist with a staple writing with blood on the walls and throwing blood on window staff are failing to provide treatment or respond due to JP Luther deputy Bivello deputy Wakefield, CCPM Jarman, Major Sunderlands B. Fisher and LPM Swissher telling them to ignore Plaintiff during bouts of depression and Suicide attempts.

15  on 8·5·19 Plaintiff told defendants Wakefield & Sunderland JP Luther and B. Fisher that Plaintiff was Suicidal and JP Luther and all above stated they did not care because they did not have to deal with Plaintiff at approx 2:00 pm B Fisher approached Plaintiff door and Plaintiff showed defendant that Plaintiff had cut wrist and walls were covered in blood and nothing was done

16  on 8·9·19 Plaintiff was seen by dr Xue LPM Swissher and PSRn Craze due to placement into P.O.C for Suicide attempt on this evaluation it was determined Plaintiff needed further treatment than what is offered at SCI Smithfield in the B.M.u So placement into Mental health Unit was necessary

17  on 8 12·19 Plaintiff was discharged from Poc and placed Back into Cell Plaintiff then began to Cut wrist with a razor provide by staff Plaintiff again was placed in Poc but no Mental Health treatment was provided during this period

18  on 8·12·19 instead of Providing Plaintiff with mental Health treatment Plaintiff was punished for exhibiting mental issues and retailiated on for filing grievances and lawsuits see declarations

19  on 8·21·19 i expressed to UM Fisher that Plaintiff was Suicidal and was cutting up nothing was done to stop Plaintiff from cutting Self

20  on 8-22-19 Plaintiff was feeling depressed and suicidal at 1:00 PM i told Clo Stambaugh and um Fisher i began to cut myself with a razor and was left to bleed for at least 30 minnets allowing Plaintiff to cover whole cell with blood due to loss of blood Plaintiff laid down and ceased self harm due to lighte headedness and dizzyness

21  on 8-23-19 at approx 10:30AM Lt Morgan approached Plaintiff cell and stated cuit give me the razor and your going into the restraint chair Plaintiff lied and told Morgan that there was no razor Plaintiff was placed in restraint chair despite the fact that Plaintiff was doing nothing at this point plaintiff expressed that and Lt Morgan stated it does not matter the deputies and Luther want this

22  on 8-23-19 despite the fact that they placed Plaintiff in chair to retrieve razor So it was said Plaintiff was let out the restraint chair only to be allowed to resume self harm

23  on 9-14-19 Plaintiff was in cell when Clo Stambaugh was passing out meals defendant got verbally agressive stated making threats due to Plaintiff filing grievance about 8-22-19 incident

24  on 9-14-19 at approx 10:00 pm Certified Peer Specialist williams came to plaintiff door to resolve the issue about not getting meal multiple Clo's brought meals to Plaintiff cell to feed Plaintiff but all refused to feed Plaintiff when Plaintiff filed grievance Clo's fabricated a story to make it seem as if it was Plaintiffs fault

25  on 9-14-19 at approx 12:30 Plaintiff was standing at door when defendant administered OC for no reason at all so Plaintiff covered face with towel Plaintiff spoke to security abouts threats the staff had made on 9-8-19 thus force was sadistic and malicious and excessive

26   On 10·22·19 at approx 7:00 PM Plaintiff expressed to C/O Shope that Plaintiff was ~~told~~ suicidal defendant Shope ignored Plaintiff at approx 7:30pm Plaintiff covered cell door to get a Lt to take Plaintiff to POC instead of getting Lt C/O Shope stated this has already been discussed by MRT and PRC so Plaintiff was Subjected to excessive force because defendant Shope administered o/c

27   Lt arrived after O/C was administered no chance of de-escalation and force continuum was not adhired to staff continue to apply force for minor infractions and no policy or training is being followed

28   On 10·22·19 once Plaintiff was placed in strip cage to do a strip search Plaintiff refused a strip search and was gased by defendant Shope on orders from Lt Moore Plaintiff was not aggressive or violating any policy Plaintiff hands was on the wall and Back turned so Plaintiff posed no threat nore did Plaintiff make any threats

29.   Once Plaintiff was inside cell on 10·22·19 Plaintiff began to bite ~~the~~ holes in arms Lt Moore was notified but nothing was done to stop Plaintiff from harming self from 7:30 pm ~~not~~ untill 10:30 PM Plaintiff was left bitting hole in arm untill Plaintiff hit an artery

30   On 10·22·19 at approx 10:30pm C/O John Doe conducted a security round and saw Plaintiff cell covered in blood C/O John doe contacted Lt Glosska

31   On 10·22·19 at approx 10:30pm when Lt Glosska saw Plaintiff cell Medical was called Plaintiff was taken to Medical since Plaintiff was suicidal Plaintiff refused treatment but Plaintiff ~~was~~ not placed in POC nor mental health treatment

32   on 10·22·19 at approax 11:00pm plaintiff was placed in cell and left bleeding all night

33   on 10·23·19 at approax 6:00AM C/o williams noticed that JB 2 cell was covered in blood and the sink was filled with blood Lt Morgan was called and fifteen minuets later plaintiff was pulled from cell @ See video for J Block 2 Cell

34   on 10·23·19 at approax 6:30AM plaintiff was placed in strip cage and left bleeding untill approax 7:30 AM 8:00AM

35.   on 10·23·19 due to extreme blood loss plaintiff was finally placed in PoC but plaintiff still refused medical treatment

36   on 10·23·19 plaintiff was in PoC walking around cell profusly bleeding from wound untill approax 9:00 AM

37   on 10·23·19 At approax 9:00am Lt John doe came to cell in P.O.C to place plaintiff in restraint chair plaintiff complied but was becoming delusional due to blood loss and aggressive due to blood loss arms were numb and once placed in chair C/o defendant hoy and six John doe the straps were placed on @ So tight plaintiff could not feel exemitylies and have bruses on arms buttocks and backs of ankles

38   on 10·23·19 despite what policy states plaintiff was held in restraint chair for nine hours with no food and no exercise in the end plaintiff receive IV and nine stitches for wound

39   on 10·31·19 plaintiff filed grievance collection plaintiff dropped grievance in grievance box for 10·22·19 violation retailiation and due process U.M fisher took retailatory actions on other inmates and gave plaintiff a copy OF inmates calls to family and on other inmates legal mail LisA Nollihaigh took retailiatory actions and did not process grievance with exhibits and No prison officials know where grievance is

40 on 11-8-19 Plaintiff wrote Security to preserve video for 10-31-19 on 2-10 on 11-1-19 for evidence of placement of grievance in grievance box See grievance in exhibit 4 A

41 Plaintiff arrived at @ SCI Smithfield on March 31 2018 during this period LiSA hollibaugh and K. grossmyer and D. Jeblocki have been hindering Plaintiffs grievance process untill the filling of this Complaint See exhibit 5 A

42 on 6-28-19 @ grievance # 806414 was answered and admitted that grievance were not answered in accordance to dc Adm 804

43 on 11-4-19 Plaintiff was Called to attend hearing for a Cure violation hearing exaiminer Szelewski violated Plaintiffs due process under 801 and stated during the Sanction thats its all fair in love and war thats what happens when people file grievances and law suits

44 on 8-22-19 LiSA hollibaugh retallated for plaintiff filing grievances She placed plaintiff on grievance Restriction because grievance officers Stating Plaintiff Suicide attempts were frivolous

45 due to grievance restriction Plaintiff Can not file grievance about access to law library there is no Keyboard to do law work See Request Slips exhibit 6

46 On 10-23-19 due to extreme blood loss Plaintiff lost Consiousness Numerous times on 10-23-19

47 due to Plaintiff filing grievances and @ lawsuits defendants Retaliated By not allowing plaintiff access to abuse hotline and other that mesures to report violations Plaintiff has no reasonable avenue to report violations with out being retaliated on

48 defendants are Punishing Plaintiff for exhibiting Mental disfunctions

49 defendant Fisher is intentionally Singling out Plaintiff due to grievances and lawsuit defendant has issued plaintiff Misconducts for violations that all inmates do defendant wrote Plaintiff up for Misuse of Phone attached is phone log and BMu privillage sheet to show that other Prisoners Misuse the Phone as well and defendant has a Personal issues with Plaintiff

50 defendant Fisher gave Plaintiff Phone log in order to create Conflict between Plaintiff and other prisoners defendant Fisher has done this act before in which Plaintiff was assaulted due to defendant Showing Plaintiffs request slips see declarations

51 defendants have threatend plaintiff on Numerous occassions telling him that if he did not stop filing grievances that he will end up on restricted realese

52 defendant Fisher put out a memo on 10·20·19 telling BMu staff that plaintiff May not Use the abuse hotline defendants hollibaugh JP Luther revello wakefield or Major sunderland did not approve such restriction defendant Fisher took it upon himself to place Plaintiff on such restriction in order to retaliate and keep Plaintiff Complaints in house for no outside investigations to be Conducted

53 defendant Stombaugh continues to retaliate for grievance dated 8.22.19 and defendant continues to sexually harass when plaintiff reports this to Lt rankin who stated i dont believe you and i am marking it down that you are lying Lt Rankin is also retaliating for filing preas he issues a dc 141 in order to retaliate for making him do work

54 defendant fisher has plaintiff on permanant spithood inmates are calling plaintiff hannalbal lecter and causing plaintiff to become depressed

55 due to defendants fisher memo stating plaintiff can not use the abuse hotline staff are retaliciting on plaintiff for loggin complaints

56 on 11.8.19 Lt McGrath emailed Lisa hollibaugh in regards to missing grievance plaintiff filed on 11.1.19

57 defendants Luther, wakefield, rivello, P fisher Major Sunderland were all aware plaintiff had a razor and engaged in self-harm

58 Plaintiff has filed numerous request slips in regards to defective law library

Basis For Jurisdiction D

to establish Cruel and unusual Punishment encorparate Paragraphs 1-46

to establish Failure to protect Claims encorparate Paragraphs 1-46

to establish Americans disability Act encorparate Paragraphs 1-46

to establish due process ect encorparate Paragraphs 1-46

to establish unconstitutional Conditions of Confinement encorparate Paragraphs 1-46

to establish deliberate indifference encorparate Paragraphs 1-46

to establish retaliation encorparate Paragraphs 1-46

to establish excessive use of force encorparate Paragraph 23-25 and Paragraph 26-46

to establish equal Protection violation encorparate Paragraphs 1-46

to establish First amentment Violations encorparate 1-46

Defendant No.
Name _____ Dickson
Job title _____ C/o 1
Shield Number _____ unknown
employer _____ JP Luther
address _____ 1120 Pike St Box 999

Huntingdon        PA        16652
City              State     Zip Code

☒ individual Capacity        ☒ official Capacity


defendant No.
Name _____
Job title _____ t. dell
Shield Number _____ C/o 1
employer _____ unknown
address. _____ JP Luther
1120 Pike St Box 999

Huntingdon        PA        16652
City              State     Zip Code

☒ individual Capacity        ☒ official Capacity


defendant No.
Name _____
Job title _____
Shield Number _____ J Wasko
employer _____ C/o 1
Address _____ u/k
JP Luther
1120 Pike St Box 999
Huntingdon        PA        16652
City              State     Zip Code

☒ individual Capacity        ☒ official Capacity

Defendant No.

Name — Swissher

Job title — L PM

Shield Number — u/k

employer — JP Luther

address — 1120 Pike St Box 999

Huntingdon
City — PA
State — 16652
Zip Code

☒ Individual Capacity      ☒ Official Capacity

---

defendant NO.

Name — d Williams

Job title — C/o 1

Shield Number — unknown

employer — JP Luther

address — 1120 Pike St Box 999

Huntingdon
City — PA
State — 16652
Zip Code

☒ individual Capacity      ☒ Official Capacity

---

defendant No.

Name — C. Shope

Job title — C/o 1

shield Number — unknown

employer — JP Luther

Address — 1120 Pike St Box 999

Huntingdon
City — PA
State — 16652
Zip Code

☒ individual Capacity      ☒ official Capacity

Defendant No. 🌑
Name                              t Sunderland
Job title ·                       Major
Shield Number                     unk
employer .                        JP Luther
address                           1120 Pike St Box 999
                                  Huntingdon        PA        16652
                                  City              State     Zip Code
☒ individual Capacity        ☒ official Capacity


defendant No.
Name                              C Jarman
Job title                         CCPM
Shield Number                     unk
employer                          JP Luther
address.                          1120 Pike St Box 999

                                  Huntingdon        PA        16652
                                  City              State     Zip Code
☒ individual Capacity        ☒ official Capacity

defendant No.
Name                              B Fisher
Job title                         unit Manager
Shield Number                     unk
employer                          Luther
Address                           1120 Pike St Box 999
                                  Huntingdon        PA        16652
                                  City              State     Zip Code
☒ individual Capacity        ☒ official Capacity

Defendant No.

Name                    K grass Myer

Job title               Mailroom Supervisor

Shield Number           MK

employer                JP Luther

address                 1120 pike st Box 999

                        Huntingdon          PA        16652
                        City                State      Zip Code

                        ☑ individual Capacity    ☑ official Capacity


defendant No.

Name                    e. Stombaugh

Job title               C/O 1

Shield Number           unknown

employer                JP Luther

address                 1120 Pike St Box 999

                        Huntingdon          PA        16652
                        City                State      Zip Code

                        ☑ individual Capacity    ☑ official Capacity


defendant No.

Name                    Ralph

Job title               RN

Shield Number           unk

employer                JP Luther

Address                 1120 Pike St Box 999

                        Huntingdon          PA        16652
                        City                State      Zip Code

                        ☑ individual Capacity    ☑ official Capacity

Defendant No.

Name                                    d Jeblocki

Job title                               Business Manager
shield Number                           unknown
employer                                JP Luther
address                                 1120 Pike St Box 999

                                        Huntingdon              PA              166 52
                                        City                    State           Zip Code

☑ individual Capacity           ☑ official Capacity

defendant No.

Name

Job title                               Selewski
shield Number                           hearing examiner
employer                                John wetzel
address                                 1920 technology Parkway

                                        Mechanicsburg           PA              17050
                                        City                    State           Zip Code

☑ individual Capacity           ☑ official Capacity

defendant No.

Name
Job title
shield Number
employer
Address

                                        City                    State           Zip Code

☑ individual Capacity           ☑ official Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _wakefield_

Job or Title *(if known)* _deputy_

Shield Number _unknown_

Employer _J P Luther_

Address _1120 pike st Box 999_

_Huntingdon_           _PA_      _16652_
City                        State          Zip Code

☑ Individual capacity     ☑ Official capacity

Defendant No. 4

Name _livello_

Job or Title *(if known)* _deputy_

Shield Number _un known_

Employer _J P Luther_

Address _1120 pike st Box 999_

_Huntingdon_           _PA_      _16652_
City                        State          Zip Code

☑ Individual capacity     ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Ada 8th amendment Cruel and unusual Punishmen, Failure to Protect, equal Protection Procedural due Process, deliberate indiffrence unconstitutional conditions of Confinement_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.      What date and approximate time did the events giving rise to your claim(s) occur?

---

    D.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

---

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Permanant Cut Marks on forearms Numbness in arms Marks on back of ankles Stitches on Left forearm Marks on Shoulders

---

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff request tro be granted injunctive relief be granted appointment of Counsel be granted and 250,000.00 dollus

---

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCi Smithfield

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
Cruel and unusual punishment, deliberate indifference, unconstitutional Conditions of Confinement Failure to protect, Procedural due process, and equal protection

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
      concerning the facts relating to this complaint?

      ☑ Yes

      ☐ No

      If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
      other correctional facility?

      ☐ Yes

      ☑ No

E.    If you did file a grievance:

      1.    Where did you file the grievance? at sci smithfield but Staff Continued to Stonewall
            grievance Procedure at all Stages thus defulting Per PLRa See due Process
            grievances

      2.    What did you claim in your grievance? failure to Protect, deliberate indifference, Cruel and
            unusual Punishment, due Process, Ada Violations, equal protection, un Constitutional
            Conditions of Confinement

      3.    What was the result, if any? all were denied or Stonewalled or not responded
            to at all

      4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If
            not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
            Attempted to Continue to exhaust per PLRa requirements

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

*defendant hollibaugh refused to Cooperate with PLRa rules*

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: *plaintiff wrote severa request slips to prison officials to no availability*

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *plaintiff filed numerous due process grievances in regards to delayed grievances and Stonewalled tactics*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII.   **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   *Kevin Coit*

Defendant(s)   *M Garman*

2.   Court *(if federal court, name the district; if state court, name the county and State)*

*in the middle district of PA*

3.   Docket or index number

*1:17-Cv-1438*

4.   Name of Judge assigned to your case

*Yvette Kane*

5.   Approximate date of filing lawsuit

*8-12-19*

6.   Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*the Case has been appealed*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)   *Kevin Coit*

Defendant(s)   *B fisher*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

*in the Middle district of PA*

3.    Docket or index number

4.    Name of Judge assigned to your case

*Yvette Kane*

5.    Approximate date of filing lawsuit

*12-28-18*

6.    Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      _11·11·19_

Signature of Plaintiff      _____

Printed Name of Plaintiff   _Coit Kevin_

Prison Identification #      _KQ2601_

Prison Address               _1120 Pike St  Box 999_

                             _Huntingdon_              _PA_        _16652_
                                   City                State        Zip Code

### B.    For Attorneys

Date of signing:      _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

                             _____
                                   City                State        Zip Code

Telephone Number             _____

E-mail Address               _____



US POSTAGE＂＂PITNEY BOWES

$ 008.30°

ZIP 16652
02 1W
0001398431 NOV 25 2019

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

Kevin Coit KK35601
1100 Pike st BOX 999
Smithfield
Huntingdon PA 16652

office of the clerk
235 N Washington Ave
Box 1148
Scranton PA 18501

RECEIVED
SCRANTON
NOV 27 2019
PER ____ DEPUTY CLERK

USPS TRACKING #

9114 9023 0722 4287 0385 07

PRIORITY MAIL

TRACKED INSURED

UNITED STATES POSTAL SERVICE
For Domestic Use Only

FILED
SCRANTON

NOV 2 7 2019

PER _____
DEPUTY CLERK

exhibit 1

diagnosis

**COIT, KEVIN**  #KX2601                                    **DOB:** 4/13/1990 (29y)   **Location:** J-A-1011-01

## Individual Recovery Plan

**Current Location:**
████████████

**Recovery Plan:**
☑ Review

**IRP Purpose:**
████████████████

**MH/ID Roster:**
D

### MH/ID D Roster Patients Only
**MH/ID D Roster due to:**
*NO ANSWER PROVIDED*

**Next Regular Scheduled Due Date of IRP:**
☑ Specific Date

**Specify Date:**
07/22/2019

**Current Housing Unit:**
J-A-1011-01

**IQ:**
☑ Average

**Diagnosis:**
F60.2 - **[F60.2]** Antisocial personality disorder - [FORSYTH, LISA] - 2017-02-24F60.3 - **[F60.3]** Borderline personality disorder - [NEWTON, ANDREW] - 2017-07-25F11.20 - **[F11.20b]** Opioid use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F12.20 - **[F12.20b]** Cannabis use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F13.20 - **[F13.20b]** Sedative, hypnotic, or anxiolytic use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F14.20 - **[F14.20b]** Cocaine use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F16.20 - **[F16.20b]** Other hallucinogen use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F43.10 - **[F43.10a]** Posttraumatic stress disorder, no dissociative symptoms - [XUE, BAOGANG] - 2015-06-25

## Goals for Treatment

### Treatment Goal #1-Developed by the Individual and the Treatment Team
**Treatment Goal #1:**
☑ Coping Skills

**Individualized description of Recovery Goal:**
Maintain coping skills and remain positive

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ████████████
**Electronically Signed By** CRISTE, JULIE **on** 6/24/2019 9:54:12 AM

**COIT, KEVIN**  #KX2601                                    **DOB:** 4/13/1990 (29y)   **Location:** J-A-1011-01

## Individual Recovery Plan

**Current Location:**


**Recovery Plan:**
☑ Review

**IRP Purpose:**
☑ ▮▮▮▮▮▮▮▮▮▮

**MH/ID Roster:**
D

### MH/ID D Roster Patients Only

**MH/ID D Roster due to:**
*NO ANSWER PROVIDED*

**Next Regular Scheduled Due Date of IRP:**
☑ Specific Date

**Specify Date:**
07/22/2019

**Current Housing Unit:**
J-A-1011-01

**IQ:**
☑ Average

**Diagnosis:**
F60.2 - **[F60.2]** Antisocial personality disorder - [FORSYTH, LISA] - 2017-02-24 F60.3 - **[F60.3]** Borderline personality disorder - [NEWTON, ANDREW] - 2017-07-25 F11.20 - **[F11.20b]** Opioid use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F12.20 - **[F12.20b]** Cannabis use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F13.20 - **[F13.20b]** Sedative, hypnotic, or anxiolytic use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F14.20 - **[F14.20b]** Cocaine use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F16.20 - **[F16.20b]** Other hallucinogen use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F43.10 - **[F43.10a]** Posttraumatic stress disorder, no dissociative symptoms - [XUE, BAOGANG] - 2015-06-25

## Goals for Treatment

### Treatment Goal #1-Developed by the Individual and the Treatment Team

**Treatment Goal #1:**
☑ Coping Skills

**Individualized description of Recovery Goal:**
Maintain coping skills and remain positive

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ▮▮▮▮▮▮▮▮
**Electronically Signed By** CRISTE, JULIE **on** 6/24/2019 9:54:12 AM

COIT, KEVIN  #KX2601        **DOB:** 4/13/1990 (29y)  **Location:** J-A-1011-01

**Start Date of Goal #1:**
04/03/2019

**Treatment Objective #1-Those Sequential Steps Needed to Reach Treatment Goals:**

1. I will continue to speak to staff at least 2 times daily, keep and open mind and continue to keep busy through concentrating on progressing back through the ▮▮▮▮phases

2. I will continue to work on maintaining positive behavior in order to progress through phase 2 of the ▮▮▮program

**Add Treatment Goal #2:**
☑ Yes

## Treatment Goal #2-Developed by the Individual and the Treatment Team

**Treatment Goal #2:**
☑ Communication Skills

**Individualized description of Recovery Goal:**

I will continue to be open with staff about my emotions in order to avoid conflict or regression

**Start Date of Goal #2:**
04/22/2019

**Treatment Objective #2-Those Sequential Steps Needed to Reach Treatment Goals:**

1. I will express my emotions in a positive manner at least 1 time daily

2. I will explore at least 2 healthy ways of communicating in order to gain feedback and insight into my thinking processes

**Add Treatment Goal #3:**
☑ Yes

## Treatment Goal #3-Developed by the Individual and the Treatment Team

**Treatment Goal #3:**
☑ Other

**Individualized description of Recovery Goal:**
I will continue to address my post traumatic stress disorder symptoms

**Start Date of Goal #3:**
04/22/2019

**Treatment Objective #3-Those Sequential Steps Needed to Reach Treatment Goals:**

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Electronically Signed By** CRISTE, JULIE **on** 6/24/2019 9:54:12 AM

COIT, KEVIN  #KX2601                                    DOB: 4/13/1990 (29y)   Location: J-A-1011-01

1. I will attend ▓▓▓ programming daily or as offered in order to socialize with others in a positive manner

2. I will identify 3 situations that could trigger my PTSD

**Add Treatment Goal #4:**
*NO ANSWER PROVIDED*

**Summary discussion in collaboration with the individual:**

Mr. Coit did not want to change his IRP at this time. He is currently a ▓▓▓ phase 3 working toward progressing to a ▓▓▓ phase 2. Mr. Coit attends all treatment sessions and shows an overall willingness to graduate the program. He does have difficulties at times, but has coped with his challenges without being placed on accountability status or turning to self-harming behaviors.

## Interventions and Treatment Modalities Offered

**Psychiatry:**
Seen every 2 weeks

**Medications:**
Take as prescribed

**Psychology:**
Seen daily, weekly individual therapy sessions, several groups offered weekly

**Social Work:**
*NO ANSWER PROVIDED*

**AOD:**
*NO ANSWER PROVIDED*

**Activities:**
Daily activities offered

**Education:**
Weekly groups offered



Daily prosocial interactions. Continued encouragement to progress through the ▓▓▓ program

**Current Level of Care Placement:**
☑ Behavioral Management Unit

**Continued Need for Current Level of Care Placement:**
☑ Yes

**Reason why continued Level of Care Placement:**

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

Patient Name: COIT, KEVIN
Patient Number: KX2601
Location: J-A-1011-01
DOB: 4/13/1990
Facility: ▓▓▓▓▓▓▓▓▓
Electronically Signed By CRISTE, JULIE on 6/24/2019 9:54:12 AM

**COIT, KEVIN** #KX2601      **DOB:** 4/13/1990 (29y)    **Location:** J-A-1011-01

Mr. Coit needs to continue maintaining a stable mindset. He should apply healthy coping skills during times of frustration.

**Comment on Continued Need for Current Level of Care Placement:**
Mr. Coit needs to graduate the ▮▮▮ program

## Signature of Individual and Treatment Team Members

**Individual Availability:**
☑ Individual present at Treatment Team

**Agreement/Disagreement with Recovery/Treatment Plan:**
☑ I agree with this Treatment Plan

By agreeing with the treatment plan I acknowledge that I have had the opportunity to review and ask questions about my Treatment Plan and agree to cooperate with Mental Health.

## Treatment Team Review

**On this date:**
06/19/2019

**the Psychiatric Review Team met, discussed, and agreed with the above outlined Individual Recovery Plan:**
☑ Yes

**Disciplines Present at PRT:**
☑ Psychiatrist/PCRNP   ☑ Licensed Psychologist Manager   ☑ Psychology Staff   ☑ Unit Manager   ☑ Counselor   ☑ Custody Staff
☑ Other

**Name of Psychiatrist/PCRNP:**
Dr. Polmueller

**Name of Licensed Psychologist Manager:**
LPM Swisher

**Name of Psychology Staff:**
PSS Criste

**Name of Unit Manager:**
UM Fisher

**Name of Counselor:**
CC2 Pasquale

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ▮▮▮▮▮▮▮
**Electronically Signed By** CRISTE, JULIE on 6/24/2019 9:54:12 AM

**COIT, KEVIN**  #KX2601                                    **DOB:** 4/13/1990 (29y)   **Location:** J-A-1011-01

**Specify Other Discipline(s) Present at PRT:**

RN Cruz

## Signatures



COIT, KEVIN
Captured On: 06/24/19 09:54:12

J. Criste
Captured On: 06/24/19 09:54:12

## Save Log

| User Name | Audit Date |
|---|---|
| CRISTE, JULIE | 6/24/2019 9:54:12 AM |
| CRISTE, JULIE | 6/24/2019 8:27:46 AM |
| CRISTE, JULIE | 6/19/2019 9:35:15 AM |

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ▓▓▓▓▓▓▓▓▓▓
**Electronically Signed By** CRISTE, JULIE **on** 6/24/2019 9:54:12 AM

**COIT, KEVIN** #KX2601                                                         **DOB:** 4/13/1990 (29y)   **Location:** J-A-1011-01

## Individual Recovery Plan

**Current Location:**


**Recovery Plan:**
☑ Review

**IRP Purpose:**


**MH/ID Roster:**
D

### MH/ID D Roster Patients Only

**MH/ID D Roster due to:**
*NO ANSWER PROVIDED*

**Next Regular Scheduled Due Date of IRP:**
☑ Specific Date

**Specify Date:**
07/22/2019

**Current Housing Unit:**
J-A-1011-01

**IQ:**
☑ Average

**Diagnosis:**
F60.2 - **[F60.2]** Antisocial personality disorder - [FORSYTH, LISA] - 2017-02-24F60.3 - **[F60.3]** Borderline personality disorder - [NEWTON, ANDREW] - 2017-07-25F11.20 - **[F11.20b]** Opioid use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F12.20 - **[F12.20b]** Cannabis use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F13.20 - **[F13.20b]** Sedative, hypnotic, or anxiolytic use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F14.20 - **[F14.20b]** Cocaine use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F16.20 - **[F16.20b]** Other hallucinogen use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F43.10 - **[F43.10a]** Posttraumatic stress disorder, no dissociative symptoms - [XUE, BAOGANG] - 2015-06-25

## Goals for Treatment

### Treatment Goal #1-Developed by the Individual and the Treatment Team

**Treatment Goal #1:**
☑ Coping Skills

**Individualized description of Recovery Goal:**
Maintain coping skills and remain positive

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ▓▓▓▓▓▓
**Electronically Signed By** CRISTE, JULIE **on** 6/24/2019 9:54:12 AM

**COIT, KEVIN** #KX2601          **DOB:** 4/13/1990 (29y)   **Location:** J-A-1011-01

**Start Date of Goal #1:**

04/03/2019

**Treatment Objective #1-Those Sequential Steps Needed to Reach Treatment Goals:**

1. I will continue to speak to staff at least 2 times daily, keep and open mind and continue to keep busy through concentrating on progressing back through the ████ phases

2. I will continue to work on maintaining positive behavior in order to progress through phase 2 of the ████ program

**Add Treatment Goal #2:**
☑ Yes

## Treatment Goal #2-Developed by the Individual and the Treatment Team

**Treatment Goal #2:**
☑ Communication Skills

**Individualized description of Recovery Goal:**

I will continue to be open with staff about my emotions in order to avoid conflict or regression

**Start Date of Goal #2:**

04/22/2019

**Treatment Objective #2-Those Sequential Steps Needed to Reach Treatment Goals:**

1. I will express my emotions in a positive manner at least 1 time daily

2. I will explore at least 2 healthy ways of communicating in order to gain feedback and insight into my thinking processes

**Add Treatment Goal #3:**
☑ Yes

## Treatment Goal #3-Developed by the Individual and the Treatment Team

**Treatment Goal #3:**
☑ Other

**Individualized description of Recovery Goal:**
I will continue to address my post traumatic stress disorder symptoms

**Start Date of Goal #3:**
04/22/2019

**Treatment Objective #3-Those Sequential Steps Needed to Reach Treatment Goals:**

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ████████████
**Electronically Signed By** CRISTE, JULIE **on** 6/24/2019 9:54:12 AM

**COIT, KEVIN**  #KX2601                                      DOB: 4/13/1990 (29y)   **Location:** J-A-1011-01

1. I will attend ██ programming daily or as offered in order to socialize with others in a positive manner

2. I will identify 3 situations that could trigger my PTSD

**Add Treatment Goal #4:**
*NO ANSWER PROVIDED*

**Summary discussion in collaboration with the individual:**

Mr. Coit did not want to change his IRP at this time. He is currently a ██ phase 3 working toward progressing to a ██ phase 2. Mr. Coit attends all treatment sessions and shows an overall willingness to graduate the program. He does have difficulties at times, but has coped with his challenges without being placed on accountability status or turning to self-harming behaviors.

## Interventions and Treatment Modalities Offered

**Psychiatry:**
Seen every 2 weeks

**Medications:**
Take as prescribed

**Psychology:**
Seen daily, weekly individual therapy sessions, several groups offered weekly

**Social Work:**
*NO ANSWER PROVIDED*

**AOD:**
*NO ANSWER PROVIDED*

**Activities:**
Daily activities offered

**Education:**
Weekly groups offered



Daily prosocial interactions. Continued encouragement to progress through the ██ program

**Current Level of Care Placement:**
☑ Behavioral Management Unit

**Continued Need for Current Level of Care Placement:**
☑ Yes

**Reason why continued Level of Care Placement:**

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

Patient Name: COIT, KEVIN
Patient Number: KX2601
Location: J-A-1011-01
DOB: 4/13/1990
Facility: ██████
Electronically Signed By CRISTE, JULIE on 6/24/2019 9:54:12 AM

**COIT, KEVIN** #KX2601                                    DOB: 4/13/1990 (29y)   Location: J-A-1011-01

Mr. Coit needs to continue maintaining a stable mindset. He should apply healthy coping skills during times of frustration.

**Comment on Continued Need for Current Level of Care Placement:**
Mr. Coit needs to graduate the ▮▮▮▮ program

## Signature of Individual and Treatment Team Members

**Individual Availability:**
☑ Individual present at Treatment Team

**Agreement/Disagreement with Recovery/Treatment Plan:**
☑ I agree with this Treatment Plan

By agreeing with the treatment plan I acknowledge that I have had the opportunity to review and ask questions about my Treatment Plan and agree to cooperate with Mental Health.

## Treatment Team Review

**On this date:**
06/19/2019

**the Psychiatric Review Team met, discussed, and agreed with the above outlined Individual Recovery Plan:**
☑ Yes

**Disciplines Present at PRT:**
☑ Psychiatrist/PCRNP   ☑ Licensed Psychologist Manager   ☑ Psychology Staff   ☑ Unit Manager   ☑ Counselor   ☑ Custody Staff
☑ Other

**Name of Psychiatrist/PCRNP:**
Dr. Polmueller

**Name of Licensed Psychologist Manager:**
LPM Swisher

**Name of Psychology Staff:**
PSS Criste

**Name of Unit Manager:**
UM Fisher

**Name of Counselor:**
CC2 Pasquale



---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

Patient Name: COIT, KEVIN
Patient Number: KX2601
Location: J-A-1011-01
DOB: 4/13/1990
Facility: ▮▮▮▮▮▮▮▮▮▮
Electronically Signed By CRISTE, JULIE on 6/24/2019 9:54:12 AM

COIT, KEVIN   #KX2601                                    DOB: 4/13/1990 (29y)   Location: J-A-1011-01

**Specify Other Discipline(s) Present at PRT:**

RN Cruz

## Signatures



COIT, KEVIN
Captured On: 06/24/19 09:54:12

J. Criste
Captured On: 06/24/19 09:54:12

### Save Log

| User Name | Audit Date |
|-----------|------------|
| CRISTE, JULIE | 6/24/2019 9:54:12 AM |
| CRISTE, JULIE | 6/24/2019 8:27:46 AM |
| CRISTE, JULIE | 6/19/2019 9:35:15 AM |

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

Patient Name: COIT, KEVIN
Patient Number: KX2601
Location: J-A-1011-01
DOB: 4/13/1990
Facility: ▮▮▮▮▮▮
Electronically Signed By CRISTE, JULIE on 6/24/2019 9:54:12 AM

**COIT, KEVIN**  #KX2601                                           **DOB:** 4/13/1990 (29y)  **Location:** J-A-1012-01

## Individual Recovery Plan

**Current Date:**
07/05/2019

**Current Location:**
SCI SMITHFIELD

**Recovery Plan:**
☑ Change of Status

**IRP Purpose:**
☑ Accountability Status

**MH/ID Roster:**
D

### MH/ID D Roster Patients Only

**MH/ID D Roster due to:**
*NO ANSWER PROVIDED*

**Next Regular Scheduled Due Date of IRP:**
☑ Specific Date

**Specify Date:**
07/22/2019

**Current Housing Unit:**
J-B-1005-01

**IQ:**
☑ Average

**Diagnosis:**
F60.2 - **[F60.2]** Antisocial personality disorder - [FORSYTH, LISA] - 2017-02-24F60.3 - **[F60.3]** Borderline personality disorder - [NEWTON, ANDREW] - 2017-07-25F11.20 - **[F11.20b]** Opioid use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F12.20 - **[F12.20b]** Cannabis use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F13.20 - **[F13.20b]** Sedative, hypnotic, or anxiolytic use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F14.20 - **[F14.20b]** Cocaine use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F16.20 - **[F16.20b]** Other hallucinogen use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F43.10 - **[F43.10a]** Posttraumatic stress disorder, no dissociative symptoms - [XUE, BAOGANG] - 2015-06-25

**Staff Discussion:**
Mr. Coit was placed on accountability status on 07/02/2019 after his razor broke. All pieces of the razor were not recovered right away and Mr. Coit was placed on accountability. He was then released on 07/03/2019. Mr. Coit is now on razor restriction.

## Goals for Treatment

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1012-01
**DOB:** 4/13/1990
**Facility:** SCI SMITHFIELD
**Electronically Signed By** CRISTE, JULIE **on** 7/8/2019 10:05:28 AM

**COIT, KEVIN**   #KX2601                                          DOB: 4/13/1990 (29y)   Location: J-A-1012-01

## Individual Recovery Plan

**Current Date:**
07/05/2019

**Current Location:**
SCI SMITHFIELD

**Recovery Plan:**
☑ Change of Status

**IRP Purpose:**
☑ Accountability Status

**MH/ID Roster:**
D

### MH/ID D Roster Patients Only

**MH/ID D Roster due to:**
*NO ANSWER PROVIDED*

**Next Regular Scheduled Due Date of IRP:**
☑ Specific Date

**Specify Date:**
07/22/2019

**Current Housing Unit:**
J-B-1005-01

**IQ:**
☑ Average

**Diagnosis:**
F60.2 - **[F60.2]** Antisocial personality disorder - [FORSYTH, LISA] - 2017-02-24 F60.3 - **[F60.3]** Borderline personality disorder - [NEWTON, ANDREW] - 2017-07-25 F11.20 - **[F11.20b]** Opioid use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F12.20 - **[F12.20b]** Cannabis use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F13.20 - **[F13.20b]** Sedative, hypnotic, or anxiolytic use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F14.20 - **[F14.20b]** Cocaine use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F16.20 - **[F16.20b]** Other hallucinogen use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04 F43.10 - **[F43.10a]** Posttraumatic stress disorder, no dissociative symptoms - [XUE, BAOGANG] - 2015-06-25

**Staff Discussion:**
Mr. Coit was placed on accountability status on 07/02/2019 after his razor broke. All pieces of the razor were not recovered right away and Mr. Coit was placed on accountability. He was then released on 07/03/2019. Mr. Coit is now on razor restriction.

## Goals for Treatment

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

Patient Name: COIT, KEVIN
Patient Number: KX2601
Location: J-A-1012-01
DOB: 4/13/1990
Facility: SCI SMITHFIELD
Electronically Signed By CRISTE, JULIE on 7/8/2019 10:05:28 AM

1 of 5

COIT, KEVIN #KX2601                                    **DOB:** 4/13/1990 (29y)   **Location:** J-A-1012-01

## Individual Recovery Plan

**Current Date:**
07/18/2019

**Current Location:**
SCI SMITHFIELD

**Recovery Plan:**
☑ Review

**IRP Purpose:**
☑ Monthly

**MH/ID Roster:**
D

### MH/ID D Roster Patients Only

**MH/ID D Roster due to:**
*NO ANSWER PROVIDED*

**Next Regular Scheduled Due Date of IRP.**
☑ Specific Date

**Specify Date:**
08/19/2019

**Current Housing Unit:**
J-A-1012-01

**IQ:**
☑ Average

**Diagnosis:**
F60.2 - **[F60.2]** Antisocial personality disorder - [FORSYTH, LISA] - 2017-02-24F60.3 - **[F60.3]** Borderline personality disorder - [NEWTON, ANDREW] - 2017-07-25F11.20 - **[F11.20b]** Opioid use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F12.20 - **[F12.20b]** Cannabis use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F13.20 - **[F13.20b]** Sedative, hypnotic, or anxiolytic use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F14.20 - **[F14.20b]** Cocaine use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F16.20 - **[F16.20b]** Other hallucinogen use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F43.10 - **[F43.10a]** Posttraumatic stress disorder, no dissociative symptoms - [XUE, BAOGANG] - 2015-06-25

## Goals for Treatment

### Treatment Goal #1-Developed by the Individual and the Treatment Team

**Treatment Goal #1:**
☑ Coping Skills

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1012-01
**DOB:** 4/13/1990
**Facility:** SCI SMITHFIELD
**Electronically Signed By** GREENE, STACEY **on** 7/22/2019 9:41:47 AM

COIT, KEVIN   #KX2601                                    DOB: 4/13/1990 (29y)   Location: J-A-1012-01

**Current Level of Care Placement:**
☑ Behavioral Management Unit

**Continued Need for Current Level of Care Placement:**
☑ Yes

**Reason why continued Level of Care Placement:**
Mr. Coit is doing well and attending all of his programming, he has a positive outlook appears to be trying to complete the program. He should apply healthy coping skills during times of frustration.

**Comment on Continued Need for Current Level of Care Placement:**
remain in the BMU program

## Signature of Individual and Treatment Team Members

**Individual Availability:**
☑ Individual present at Treatment Team

**Agreement/Disagreement with Recovery/Treatment Plan:**
☑ I agree with this Treatment Plan

By agreeing with the treatment plan I acknowledge that I have had the opportunity to review and ask questions about my Treatment Plan and agree to cooperate with Mental Health.

## Treatment Team Review

**On this date:**
07/18/2019

**the Psychiatric Review Team met, discussed, and agreed with the above outlined Individual Recovery Plan:**
☑ Yes

**Disciplines Present at PRT:**
☑ Psychiatrist/PCRNP   ☑ Licensed Psychologist Manager   ☑ Psychology Staff   ☑ Unit Manager   ☑ Counselor   ☑ Activities
☑ Custody Staff   ☑ Other

**Name of Psychiatrist/PCRNP:**
Dr. Polmueller

**Name of Licensed Psychologist Manager:**
LPM Swisher

**Name of Psychology Staff:**
J. Criste

**Name of Unit Manager:**

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

Patient Name: COIT, KEVIN
Patient Number: KX2601
Location: J-A-1012-01
DOB: 4/13/1990
Facility: SCI SMITHFIELD
Electronically Signed By GREENE, STACEY on 7/22/2019 9:41:47 AM

**COIT, KEVIN**   #KX2601                                        **DOB:** 4/13/1990 (29y)   **Location:** J-A-1011-01

1. I will attend ▓▓▓▓ programming daily or as offered in order to socialize with others in a positive manner

2. I will identify 3 situations that could trigger my PTSD

**Add Treatment Goal #4:**
*NO ANSWER PROVIDED*

**Summary discussion in collaboration with the individual:**

Mr. Coit did not want to change his IRP at this time. He is currently a ▓▓▓▓ phase 3 working toward progressing to a ▓▓▓▓ phase 2. Mr. Coit attends all treatment sessions and shows an overall willingness to graduate the program. He does have difficulties at times, but has coped with his challenges without being placed on accountability status or turning to self-harming behaviors.

## Interventions and Treatment Modalities Offered

**Psychiatry:**
  Seen every 2 weeks

**Medications:**
  Take as prescribed

**Psychology:**
  Seen daily, weekly individual therapy sessions, several groups offered weekly

**Social Work:**
  *NO ANSWER PROVIDED*

**AOD:**
  *NO ANSWER PROVIDED*

**Activities:**
  Daily activities offered

**Education:**
  Weekly groups offered



  Daily prosocial interactions. Continued encouragement to progress through the ▓▓▓▓ program

**Current Level of Care Placement:**
☑Behavioral Management Unit

**Continued Need for Current Level of Care Placement:**
☑Yes

  **Reason why continued Level of Care Placement:**

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ▓▓▓▓▓▓▓▓▓▓
**Electronically Signed By** CRISTE, JULIE **on** 6/24/2019 9:54:12 AM

**COIT, KEVIN** #KX2601                                    **DOB:** 4/13/1990 (29y)   **Location:** J-A-1011-01

Mr. Coit needs to continue maintaining a stable mindset. He should apply healthy coping skills during times of frustration.

**Comment on Continued Need for Current Level of Care Placement:**

Mr. Coit needs to graduate the ▬▬▬ program

## Signature of Individual and Treatment Team Members

**Individual Availability:**

☑ Individual present at Treatment Team

**Agreement/Disagreement with Recovery/Treatment Plan:**

☑ I agree with this Treatment Plan

By agreeing with the treatment plan I acknowledge that I have had the opportunity to review and ask questions about my Treatment Plan and agree to cooperate with Mental Health.

## Treatment Team Review

**On this date:**

06/19/2019

**the Psychiatric Review Team met, discussed, and agreed with the above outlined Individual Recovery Plan:**

☑ Yes

**Disciplines Present at PRT:**

☑ Psychiatrist/PCRNP   ☑ Licensed Psychologist Manager   ☑ Psychology Staff   ☑ Unit Manager   ☑ Counselor   ☑ Custody Staff

☑ Other

**Name of Psychiatrist/PCRNP:**

Dr. Polmueller

**Name of Licensed Psychologist Manager:**

LPM Swisher

**Name of Psychology Staff:**

PSS Criste

**Name of Unit Manager:**

UM Fisher

**Name of Counselor:**

CC2 Pasquale



---

## Individual Recovery Plan - Psychology

Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ▬▬▬▬▬▬▬
**Electronically Signed By** CRISTE, JULIE **on** 6/24/2019 9:54:12 AM

**Specify Other Discipline(s) Present at PRT:**

RN Cruz

## Signatures



COIT, KEVIN
Captured On: 06/24/19 09:54:12

J. Criste
Captured On: 06/24/19 09:54:12

## Save Log

| User Name | Audit Date |
|-----------|-----------|
| CRISTE, JULIE | 6/24/2019 9:54:12 AM |
| CRISTE, JULIE | 6/24/2019 8:27:46 AM |
| CRISTE, JULIE | 6/19/2019 9:35:15 AM |

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ▉▉▉▉▉▉▉▉▉
**Electronically Signed By** CRISTE, JULIE on 6/24/2019 9:54:12 AM

5 of 5

DC-108
Revised 12/07

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**AUTHORIZATION FOR RELEASE OF INFORMATION[1]**
**(THE EMPLOYEE/INMATE SHALL COMPLETE, CHECK, AND INITIAL ALL BOXES THAT APPLY)**

| Name (print) | Inmate/Employee # | Date of Birth | Inmate Social Security # |
|---|---|---|---|
| Coit  Kevin | KX2601 | 4-13-90 | |

| Medical/ Dental Records | Mental Health Records | Drug & Alcohol Treatment Records | HIV Information | Records (General) |
|---|---|---|---|---|
| | ✓ | | | |

I, the undersigned, hereby give my consent for:
(name and address of facility/*responder*)

SCI Smithfield
Huntingdon PA

To release information to:
(name and address of requester)

Self Pro Se

I hereby authorize the above named source to release or disclose information related to the above referenced records/ information to the requester during the period beginning  1/6/16  and ending  7/12/17 . The information being requested is:   Mental  Health  records

Authorization for disclosure is being given for the purpose of:
CV-17-1458

Disclosure of medical/dental information may contain all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information, as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV).

Disclosure for mental health records pertains to treatment, hospitalization, and/or outpatient care provided to me for the period listed above.  I understand that my record may contain information regarding all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV). *Authorizations for release of mental health records expire in 180 days.*

Disclosure of HIV related information is information about whether the patient has had a test for HIV, an HIV related illness or AIDS.  HIV (Human Immunodeficiency Virus) is the virus that may cause or indicate AIDS or HIV infection.

Disclosure of general information is information contained in an inmate's DC-15.  Generally, any communications from the inmate to the Department of Corrections and responses thereto, misconducts, and grievances.

In authorizing this disclosure, I explicitly waive any and all rights I may have to the confidential maintenance of these records, including any such rights that exist under local, state, and federal statutory and/or constitutional law, rule or order, including those contained in the Pennsylvania Mental Health Procedures Act, *(MHPA) 50 P.S. §7101 et seq.,* the Drug and Alcohol Abuse Control Act, *71 P.S. §1690.101 et seq.,* and the Confidentiality of HIV-Related Information Act, *35 P.S. §7601 et seq.*

I understand that I have no obligation to permit disclosure of any information from my record and that I may revoke this authorization, except to the extent that action has already been taken, at any time by notifying the Medical Records Director/ Technician , Health Care Administrator, or Facility Manager. In any event, this authorization will expire *180* days after the date signed, unless revoked prior to that time.

I understand that these records are the property of the Department of Corrections and that my authorization for their release does not require the Department of Corrections to release these records.  It is understood by the above requester that if the requested information's confidentiality is protected by Federal Regulations that bar secondary dissemination or re-disclosure, the providing facility will provide a statement to that effect.

Furthermore, I will indemnify and hold harmless the Pennsylvania Department of Corrections, and its employees and agents, for any losses, costs, damages, or expenses incurred because of releasing information in accordance with this authorization.

| | | | |
|---|---|---|---|
| _(signature)_ | 1-28-19 | _(signature)_ | 1-28-19 |
| Employee/Inmate Signature | Date | Signature of Witness | Date |

**White Copy - Responder**          **Yellow Copy - Requester**          **Pink Copy - Inmate**

---

[1] 2-CO-1E-07
**DC-ADM 003, Release of Information**                                    *Attachment A*

COMMONWEALTH OF PENNSYLVANIA

Form STD-152

## PENNSYLVANIA DEPARTMENT OF CORRECTIONS
# GENERAL INVOICE

| | |
|---|---|
| INVOICE NO. | |
| DATE | 1/30/2019 |

| PAYOR (NAME AND ADDRESS) | PAYEE (NAME AND ADDRESS) | |
|---|---|---|
| Kevin Coit/KX2601<br>Docket # cv-17-1438<br>ProSe | SCI SMITHFIELD<br>GENERAL FUND<br>P.O. BOX 999, 1120 PIKE STREET<br>HUNTINGDON, PA 16652<br>VENDOR FID: 23-6012833 | ORDER NO.<br><br>PAYEE VENDOR #<br><br>TERMS / AGREEMENT |

| DATE OF TRANS | ITEM AND DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jan-19 | Copies of Medical Records for :<br>Kevin Coit (KX2601)<br><br>Search and Retrieval<br>pages 1-20 at $1.51<br>pages 21-61 at $1.21<br>pages 61-end at $0.38<br><br>Total pages | <br><br><br><br>20<br>40<br>319<br><br>379 | | <br><br><br><br>1.51<br>1.21<br>0.38 | <br><br><br>$22.48<br>$30.20<br>$44.80<br>$121.22 |

| EXPENDITURE CODING | FUND | COST CENTER | GENERAL LEDGER | TOTAL | $218.70 |
|---|---|---|---|---|---|

I CERTIFY THAT THE ABOVE EXPENSES, SERVICES, MATERIALS OR
PRODUCTS WERE ACTUALLY INCURRED, RENDERED OR FURNISHED
FOR THE USE OF THE COMMONWEALTH OF PENNSYLVANIA, AND
THAT THE ABOVE PRICES CHARGED WERE FAIR AND REASONABLE.

_D. Jawiaki, BM_
SIGNATURE

1/30/2019
DATE

## Treatment Goal #1-Developed by the Individual and the Treatment Team

**Treatment Goal #1:**
☑ Hygiene

**Individualized description of Recovery Goal:**

Mr. Coit needs to remain aware of his behaviors during hygiene. This includes impulses, thoughts, and possible outcomes to behaviors

**Start Date of Goal #1:**

07/03/2019

**Treatment Objective #1-Those Sequential Steps Needed to Reach Treatment Goals:**

1. Mr. Coit should resist the urge to dismantle any objects that he is provided with during his hygiene daily

2. Mr. Coit should alert staff in a timely manner if any items become altered or broken as soon as possible

3. Mr. Coit needs to identify 2 ways that his razor breaking could impact his progression

**Add Treatment Goal #2:**
☑ Yes

## Treatment Goal #2-Developed by the Individual and the Treatment Team

**Treatment Goal #2:**
☑ Decision Making

**Individualized description of Recovery Goal:**

Mr. Coit should identify positive decisions that could assist in his progression within the BMU program

**Start Date of Goal #2:**

07/03/2019

**Treatment Objective #2-Those Sequential Steps Needed to Reach Treatment Goals:**

1. Mr. Coit should develop a list of pros and cons of at least 3  decisions prior to putting them into action

2. Mr. Coit needs to identify 5 reasons why his frustration leads to possible poor decision making

**Add Treatment Goal #3:**
*NO ANSWER PROVIDED*

**Summary discussion in collaboration with the individual:**

Mr. Coit was not able to fully participate in the development of this IRP due to being security housed after his razor was broken. This PSS developed this IRP as a reflection of the reasoning he was placed on accountability

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1012-01
**DOB:** 4/13/1990
**Facility:** SCI SMITHFIELD
**Electronically Signed By** CRISTE, JULIE **on** 7/8/2019 10:05:28 AM

2 of 5

COIT, KEVIN #KX2601 **DOB:** 4/13/1990 (29y)   **Location:** J-A-1012-01

## Interventions and Treatment Modalities Offered

**Current Level of Care Placement:**

☑ Accountability Status

**Continued Need for Current Level of Care Placement:**

☑ No

> **Reason why discharge from current Level of Care is indicated:**
> Mr. Coit was released from accountability status on 07/03/2019

**Comment on Continued Need for Current Level of Care Placement:**

Mr. Coit no longer required to be on accountability status

## Create Safety Plan

**Create Safety Plan for Patient:**

☑ No

## Signature of Individual and Treatment Team Members

**Individual Availability:**

☑ Individual present at Treatment Team

**Agreement/Disagreement with Recovery/Treatment Plan:**

☑ I agree with this Treatment Plan

> By agreeing with the treatment plan I acknowledge that I have had the opportunity to review and ask questions about my Treatment Plan and agree to cooperate with Mental Health.

## Treatment Team Review

**On this date:**

07/05/2019

**the Psychiatric Review Team met, discussed, and agreed with the above outlined Individual Recovery Plan:**

☑ Yes

**Disciplines Present at PRT:**

☑ Psychiatrist/PCRNP   ☑ Licensed Psychologist Manager   ☑ Psychology Staff   ☑ Unit Manager   ☑ Counselor   ☑ Activities

☑ Custody Staff

> **Name of Psychiatrist/PCRNP:**
> Dr. Polmueller

---

**Individual Recovery Plan - Psychology**

Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1012-01
**DOB:** 4/13/1990
**Facility:** SCI SMITHFIELD
**Electronically Signed By** CRISTE, JULIE **on** 7/8/2019 10:05:28 AM

3 of 5

COIT, KEVIN  #KX2601        DOB: 4/13/1990 (29y)   Location: J-A-1012-01

## Individual Recovery Plan

**Current Date:**
07/05/2019

**Current Location:**
SCI SMITHFIELD

**Recovery Plan:**
☑ Change of Status

**IRP Purpose:**
☑ Accountability Status

**MH/ID Roster:**
D

### MH/ID D Roster Patients Only

**MH/ID Roster due to:**
*NO ANSWER PROVIDED*

**Next Regular Scheduled Due Date of IRP:**
☑ Specific Date

    **Specify Date:**
    07/22/2019

**Current Housing Unit:**
J-B-1005-01

**IQ:**
☑ Average

**Diagnosis:**
F60.2 - **[F60.2]** Antisocial personality disorder - [FORSYTH, LISA] - 2017-02-24F60.3 - **[F60.3]** Borderline personality disorder - [NEWTON, ANDREW] - 2017-07-25F11.20 - **[F11.20b]** Opioid use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F12.20 - **[F12.20b]** Cannabis use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F13.20 - **[F13.20b]** Sedative, hypnotic, or anxiolytic use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F14.20 - **[F14.20b]** Cocaine use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F16.20 - **[F16.20b]** Other hallucinogen use disorder, Severe - [NEWTON, ANDREW] - 2017-11-04F43.10 - **[F43.10a]** Posttraumatic stress disorder, no dissociative symptoms - [XUE, BAOGANG] - 2015-06-25

**Staff Discussion:**
Mr. Coit was placed on accountability status on 07/02/2019 after his razor broke. All pieces of the razor were not recovered right away and Mr. Coit was placed on accountability. He was then released on 07/03/2019. Mr. Coit is now on razor restriction.

## Goals for Treatment

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1012-01
**DOB:** 4/13/1990
**Facility:** SCI SMITHFIELD
**Electronically Signed By** CRISTE, JULIE **on** 7/8/2019 10:05:28 AM

**COIT, KEVIN**  #KX2601          **DOB:** 4/13/1990 (29y)   **Location:** J-A-1011-01

**Specify Other Discipline(s) Present at PRT:**

RN Cruz

## Signatures



COIT, KEVIN
Captured On: 06/24/19 09:54:12

J. Criste
Captured On: 06/24/19 09:54:12

## Save Log

| User Name | Audit Date |
|-----------|------------|
| CRISTE, JULIE | 6/24/2019 9:54:12 AM |
| CRISTE, JULIE | 6/24/2019 8:27:46 AM |
| CRISTE, JULIE | 6/19/2019 9:35:15 AM |

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

**Patient Name:** COIT, KEVIN
**Patient Number:** KX2601
**Location:** J-A-1011-01
**DOB:** 4/13/1990
**Facility:** ▮▮▮▮▮▮▮
**Electronically Signed By** CRISTE, JULIE **on** 6/24/2019 9:54:12 AM