Kevin Cort

v

JP Luther

1:19-CV-2036

FILED
SCRANTON

MAY 25 2021

Per _____
DEPUTY CLERK

## Brief in opposition to defendants Motion for Summary Judgment

Denied this is Not Plaintiff fourth lawsuit against the department of corrections. denied Plaintiff does Not Create Conflict and then Sues because Measures are not taken to stop Plaintiff Self injurious Behaviors. denied Plaintiff does take Some responsibility for actions but not all See Doc 41 and Plaintiff's arguements doc 42. Denied. Plaintiff lawsuit is Based on Several Constitutional Violations Failure to act, Failure to protect, deliberate indiffrence, unconstitutional conditions of Confinement Cruel and unusual punishment excessive use of force retaliation and equal protection. denied plaintiff did Not Cause his own problems to the contrary defendants exhibits DD show that plaintiff participated in groups was average in the program and was a worker in program. denied plaintiff claims are Consistant Plaintiff States he is Suicidal the purpose is death in suicide attempt however it is the department of corrections to ensure all inmates in their custody are safe in addition defendants exhibits DD Show that on several

occassions defendants knew plaintiff was engaged in self harm but delibrately chose to do nothing and on other occassions justified what constitutes serious however defendants states the scratches does not constitute a violation just that excuess permitted defendants to place plaintiff in restraint chair apply chemical agents and force on numerous occassions defendants are trying to have it both ways in the matter in defendants exhibits DD defendants acknowledge plaintiff not only used staples but razors as well. Admitted in part denied in part plaintiff admitts he is diagnosed with a personaity disorder hence plaintiff placement in to Behavioral Management unit to address plaintiff disorders see defendants exhibits DD Denied as to plaintiff Manipulative personality as plaintiff has no diagnosis to that effect see defendants exhibit DD admitted in part denied in part Plaintiff admits that at times he did receive treatment but it is denied plaintiff refused all treatment because it was not offered at all times Admitted in part denied in part it is Admitted plaintiff did deny medical treatment on occassions of serious suicide attemp but it is denied plaintiff refused all medical treatment

Therefore plaintiff request defendants motion be denied

## Facts

Plaintiff request that his exhibits And affidavit filed in this matter Stand for the facts Necessary to decide this Motion (doc 92)

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF _middle of PA_

_Kevin Cert_, PETITIONER

NO: _1:19-cv-2036_

VS.

_Luther_, RESPONDENT

## CERTIFICATE OF SERVICE

I, _Kevin Cert_, Pro Se, Petitioner, do hereby aver that copies of the attached/enclosed _Motion in oposition_ have been mailed to the below listed person(s) by First Class Mail, postage paid, on this _20_ day of _May_, 20_21_, in compliance with Pennsylvania Rules of Criminal Procedure, Fed.R.A.P. Rule 4.

This service also satisfies the requirements of the **Prisoner's Mailbox Rule**, outlined in **Commonwealth v. Jones, 700 A.2d 423 (1997)**; and **Houston v. Lack, 108 S.Ct. 2379 (1988)**; under penalty of perjury (28 U.S.C. § 1746).

_Middle dist Courthouse_

Service by _____ Mail:
(First Class/ Certified)

Service by _____ Mail:
(First Class/ Certified)

_____
_____
_____
_____
_____

Service by _____ Mail:
       (First Class/ Certified)

_____
_____
_____
_____
_____

Service by _____ Mail:
       (First Class/ Certified)

_____
_____
_____
_____
_____

Service by _____ Mail:
       (First Class/ Certified)

_____
_____
_____
_____
_____

Service by _____ Mail:
       (First Class/ Certified)

Date: 5·20·21 ,

Respectfully Submitted,

_____
(signature)

_Kevin Cost_
(print name)

Pro Se, Petitioner

1200 Mokychic drive
Collegeville PA 19486

Smart Communications/PADOC

SCI- Phoenix
Name Kevin Coy+
Number KK2601
PO Box 33028
Harrisburg PA 17105

1200 McKychic drive
Collegeville PA 19426 PER

RECEIVED
SCRANTON
MAY 25 2021
/s/ [signature]
DEPUTY CLERK

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
05/21/2021
US POSTAGE $000.51⁰

FIRST-CLASS MAIL
ZIP 19426
041M1225221

Peter J Welsh
Middle district of PA Federal
Court house
Box 1148
~~Harrisburg PA~~
Scranton PA 18501