# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN COIT,** | : | |
| **Plaintiff** | : | No. 1:19-cv-02036 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JP LUTHER, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 22nd day of January 2024, upon consideration of Attorney Leticia C. Chavez-Freed ("Attorney Chavez-Freed")'s motion to withdraw her prior motion to withdraw as counsel for Plaintiff in the above-captioned action (Doc. No. 105), and the Court observing that Defendants "hold[ ] no opinion" as to that motion (Doc. No. 105-2), **IT IS ORDERED THAT** Attorney Chavez-Freed's motion (Doc. No. 105) is **GRANTED**, and her prior motion to withdraw as counsel for Plaintiff (Doc. No. 101) is **WITHDRAWN.**

                                                          s/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania