IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN COIT,** : | |
|     **Plaintiff** : | |
| : | No. 1:19-cv-02036 |
|     **v.** : | |
| : | (Judge Kane) |
| **JP LUTHER, et al.,** : | |
|     **Defendants** : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

On this date, the Court heard testimony from witnesses regarding the necessity of placing Plaintiff Kevin Coit ("Plaintiff") in physical restraints to ensure the safety and security of all trial participants during Plaintiff's upcoming civil jury trial. After hearing this testimony and "balancing the prejudice to the prisoner-plaintiff against the need to maintain safety or security," see Sides v. Cherry, 609 F.3d 576, 581 (3d Cir. 2010), the Court concludes that Plaintiff's violent criminal history, history of repeated assaultive behavior while incarcerated, and previous escape attempt require the Court to adopt the security measures recommended by the United States Marshals and Major Robert Williamson, Chief of Security and Special Operations for the Commonwealth of Pennsylvania Department of Corrections, to include handcuffs, leg shackles, an escort belt, and the T.A.C.T. vest. All such measures shall be implemented in a manner so as to be concealed from the jury box and the witness stand to the fullest extent possible.

**AND SO**, on this 3rd day of December 2024, in accordance with the foregoing, **IT IS ORDERED THAT** Plaintiff shall be physically restrained during the entirety of the upcoming civil jury trial as described above.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
